■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES JONES, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted (see, People v Craw-

*ford,* 71 AD2d 38). (Appeal from judgment of Supreme Court, Erie County, Fudeman, J.—sexual misconduct.) Present—Doerr, J. P., Denman, Pine, Balio and Lawton, JJ.